AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

PAULINA GUERRERO

V.

MORAL HOME SERVICES, INC.

**EXHIBIT AND WITNESS LIST**

Case Number: 16-CV-23051-MORENO

| PRESIDING JUDGE<br>FEDERICO A. MORENO | PLAINTIFF'S ATTORNEY<br>Yelina Angulo, Esq. | DEFENDANT'S ATTORNEY<br>Ena T. Diaz, Esq. |
|---|---|---|
| TRIAL DATE (S)<br>April 03, 2017 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A1 | | | | | Paystub with pay date 01/16/2015 |
| A2 | | | | | Paystub with pay date 01/30/2015 |
| A3 | | | | | Paystub with pay date 02/13/2015 |
| A4 | | | | | Paystub with pay date 02/27/2015 |
| A5 | | | | | Paystub with pay date 03/13/2015 |
| A6 | | | | | Paystub with pay date 03/27/2015 |
| A7 | | | | | Paystub with pay date 04/10/2015 |
| A8 | | | | | Paystub with pay date 05/08/2015 |
| A9 | | | | | Paystub with pay date 05/22/2015 |
| A10 | | | | | Paystub with pay date 06/05/2015 |
| A11 | | | | | Paystub with pay date 06/19/2015 |
| A12 | | | | | Paystub with pay date 07/02/2015 |
| A13 | | | | | Paystub with pay date 07/17/2015 |
| A14 | | | | | Paystub with pay date 07/31/2015 |
| A15 | | | | | Paystub with pay date 08/28/2015 |
| A16 | | | | | Paystub with pay date 09/11/2015 |
| A17 | | | | | Paystub with pay date 09/25/2015 |
| A18 | | | | | Paystub with pay date 10/09/2015 |
| A19 | | | | | Paystub with pay date 10/23/2015 |
| A20 | | | | | Paystub with pay date 11/06/2015 |
| A21 | | | | | Paystub with pay date 11/20/2015 |
| A22 | | | | | Paystub with pay date 12/18/2015 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Paulina Guerrero | | vs. | Moral HOme Services, Inc | CASE NO. 16-CV-23051 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| A23 | | | | | Paystub with pay date 12/18/2015 |
| A24 | | | | | Paystub with pay date 12/31/2015 |
| A25 | | | | | Paystub with pay date 12/04/2015 |
| B | | | | | 2015 W2 |
| C | | | | | Calculations of Overtime Owed |
| D1 | | | | | Earning Statement Pay Date 12/31/2015 |
| D2 | | | | | Earning Statement Pay Date 12/18/2015 |
| D3 | | | | | Earning Statement Pay Date 12/04/2015 |
| D4 | | | | | Earning Statement Pay Date 11/20/2015 |
| D5 | | | | | Earning Statement Pay Date 11/06/2015 |
| D6 | | | | | Earning Statement Pay Date 10/23/2015 |
| D7 | | | | | Earning Statement Pay Date 10/09/2015 |
| D8 | | | | | Earning Statement Pay Date 09/25/2015 |
| D9 | | | | | Earning Statement Pay Date 09/11/2015 |
| D10 | | | | | Earning Statement Pay Date 08/28/2015 |
| D11 | | | | | Earning Statement Pay Date 08/14/2015 |
| D12 | | | | | Earning Statement Pay Date 07/31/2015 |
| D13 | | | | | Earning Statement Pay Date 07/17/2015 |
| D14 | | | | | Earning Statement Pay Date 07/02/2015 |
| D15 | | | | | Earning Statement Pay Date 06/19/2015 |
| D16 | | | | | Earning Statement Pay Date 06/05/2015 |
| D17 | | | | | Earning Statement Pay Date 05/22/2015 |
| D18 | | | | | Earning Statement Pay Date 05/08/2015 |
| D19 | | | | | Earning Statement Pay Date 04/24/2015 |
| D20 | | | | | Earning Statement Pay Date 04/10/2015 |
| D21 | | | | | Earning Statement Pay Date 03/27/2015 |
| D22 | | | | | Earning Statement Pay Date 03/13/2015 |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Paulina Guerrero | | vs. | Moral HOme Services, Inc | CASE NO. 16-CV-23051 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| D23 | | | | | Earning Statement Pay Date 02/27/2015 |
| D24 | | | | | Earning Statement Pay Date 02/13/2015 |
| D25 | | | | | Earning Statement Pay Date 01/30/2015 |
| D26 | | | | | Earning Statement Pay Date 01/16/2015 |
| D27 | | | | | Earning Statement Pay Date 01/16/2015 |
| E1 | | | | | Caregiver Work Record Dated 01/12/2015 |
| E2 | | | | | Caregiver Work Record Dated 01/20/2015 |
| E3 | | | | | Caregiver Work Record Dated 01/26/2015 |
| E4 | | | | | Caregiver Work Record Dated 02/02/2015 |
| E5 | | | | | Caregiver Work Record Dated 02/09/2015 |
| E6 | | | | | Caregiver Work Record Dated 02/16/2015 |
| E7 | | | | | Caregiver Work Record Dated 02/22/2015 |
| E8 | | | | | Caregiver Work Record Dated from 02/23 to 03/01 |
| E9 | | | | | Caregiver Work Record Dated 03/09/2015 |
| E10 | | | | | Caregiver Work Record Dated 03/16/2015 |
| E11 | | | | | Caregiver Work Record Dated 03/23/2015 |
| E12 | | | | | Caregiver Work Record Dated 03/30/2015 |
| E13 | | | | | Caregiver Work Record Dated 04/06/2015 |
| E14 | | | | | Caregiver Work Record Dated 04/13/2015 |
| E15 | | | | | Caregiver Work Record Dated 04/20/2015 |
| E16 | | | | | Caregiver Work Record Dated 04/27/2015 |
| E17 | | | | | Caregiver Work Record Dated 05/04/2015 |
| E18 | | | | | Caregiver Work Record Dated 04/11/2015 |
| E19 | | | | | Caregiver Work Record Dated 05/182015 |
| E20 | | | | | Caregiver Work Record Dated 05/25/2015 |
| E21 | | | | | Caregiver Work Record Dated 06/01/2015 |
| E22 | | | | | Caregiver Work Record Dated 06/08/2015 |

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | Paulina Guerrero | vs. | Moral HOme Services, Inc | CASE NO. 16-CV-23051 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| E23 | | | | | Caregiver Work Record Dated 06/16/2015 |
| E24 | | | | | Caregiver Work Record Dated 06/30/2015 |
| E25 | | | | | Caregiver Work Record Dated 06/29/2015 |
| E26 | | | | | Caregiver Work Record Dated 07/06/2015 |
| E27 | | | | | Caregiver Work Record Dated 07/13/2015 |
| E28 | | | | | Caregiver Work Record Dated 07/20/2015 |
| E29 | | | | | Caregiver Work Record Dated 07/26/2015 |
| E30 | | | | | Caregiver Work Record Dated 08/10/2015 |
| E31 | | | | | Caregiver Work Record Dated 08/17//2015 |
| E32 | | | | | Caregiver Work Record Dated 08/24/2015 |
| E33 | | | | | Caregiver Work Record Dated 08/30/2015 |
| E34 | | | | | Caregiver Work Record Dated 09/07/2015 |
| E35 | | | | | Caregiver Work Record Dated 09/21/2015 |
| E36 | | | | | Caregiver Work Record Dated 09/21/2015 |
| E37 | | | | | Caregiver Work Record Dated 09/28/2015 |
| E38 | | | | | Caregiver Work Record Dated 09/22/2015 |
| E39 | | | | | Caregiver Work Record Dated 10/05/2015 |
| E40 | | | | | Caregiver Work Record Dated 10/09/2015 |
| E41 | | | | | Caregiver Work Record Dated 10/19 |
| E42 | | | | | Caregiver Work Record Dated 10/26/2015 |
| E43 | | | | | Caregiver Work Record Dated 10/30/2015 |
| E44 | | | | | Caregiver Work Record Dated 11/06/2015 |
| E45 | | | | | Caregiver Work Record Dated 11/13/2015 |
| E46 | | | | | Caregiver Work Record Dated 11/20/2015 |
| E47 | | | | | Caregiver Work Record Dated 11/22/2015 |
| E48 | | | | | Caregiver Work Record Dated 11/27/2015 |
| E49 | | | | | Caregiver Work Record Dated 11/29/2015 |

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST -- CONTINUATION**

| | Paulina Guerrero | | vs. | | Moral HOme Services, Inc | CASE NO. 16-CV-23051 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| E50 | | | | | Caregiver Work Record Dated 12/04/2015 | |
| E51 | | | | | Caregiver Work Record Dated 12/07/2015 | |
| E52 | | | | | Caregiver Work Record Dated 12/11/2015 | |
| E53 | | | | | Caregiver Work Record Dated 12/13/2015 | |
| E54 | | | | | Caregiver Work Record Dated 12/20/2015 | |
| E55 | | | | | Caregiver Work Record Dated 12/23/2015 | |
| E56 | | | | | Caregiver Work Record Dated 12/25/2015 | |
| E57 | | | | | Caregiver Time Sheet Dated 01/05/2015 | |
| 1 | | | | | Witness: Paulina Guerrero, who will testify as to number of hours overtime worked and whether overtime was paid. She will testify as to authenticity of documents in Plaintiff's Exhibit List. | |
| 2 | | | | | Witness: The corproate Representative of Defendant, who will testify as to the number of overtime hours, Paulina Guerrero, worked and the number and amounts of hours paid and whether paid at time half. Witness will also testify that Paulina Guerreo was employed by Defendants and will testify as to authenticty of all documents listed in Plaintiff's Exhibit List. | |
| 2 | | | | | Witness: Armando Morales Rose, will testify as to who made decision not to pay overtime, when the decision was made and what factors were considered in the decision not to pay overtime. He will also testify as to authenticty of all documents listed in Plaintiff's Exhibit List. | |
| 3 | | | | | Witness: All witnesses listed in Defendants' Witness Lists. | |
| 4 | | | | | Witness: Rebuttal /.Impeachment Witnesses. | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this 15 day of March, 2017, on Ena T. Diaz, Esq., Attorney for the Defendants.

Respectfully submitted,

/s/Yelina Angulo_____
Yelina Angulo Esq.
Florida Bar No.:111339
Angulo Law Firm, P.A.
5207 NW 74 Avenue
Miami, FL 33166
Tele: 305-468-9564
Email: service@angulolawfirm.com