UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-23051-MORENO/O'Sullivan

PAULINA GUERRERO,

    Plaintiff,

v.

MORAL HOME SERVICES, INC.
and ARMANDO MORALES ROSE,

    Defendants.

_____/

## DEFENDANTS' WITNESS LIST

Defendant, MORAL HOME SERVICES, INC. (hereinafter referred to as "Assisting Hands"), and Defendant, ARMANDO MOARLES ROSE, by and through undersigned counsel and pursuant to the Court's Order of Continuance and Order Revising Pretrial Deadlines [DE 60] submit the following Witness List:

| PRESIDING JUDGE:<br>Honorable Federico A. Moreno | PLAINTIFF'S ATTORNEY<br>Yelina Angulo, Esq. | DEFENDANT'S ATTORNEY<br>Ena T. Diaz, Esq. |
|---|---|---|
| TRIAL DATE(S):<br>April 3, 2017 through April 14, 2017 | COURT REPORTER | COURTROOM DEPUTY |
| LIVE OR DEPO | NAME OF WITNESS | NATURE OF TESTIMONY |
| Live | Susan Johnson, RN | Ms. Johnson has knowledge concerning the time-keeping system required to be maintained by the home health care aides that worked at Assisting Hands, including Paulina Guerrero. Ms. Johnson may also discuss the duties Ms. Guerrero was required to perform as a home health care aide at the homes she was assigned to by Assisting Hands. |

Case No.: 16-CV-23051-MORENO/O'Sullivan

| LIVE OR DEPO | NAME OF WITNESS | NATURE OF TESTIMONY |
|---|---|---|
| Live | Michael Utvich | Ms. Guerrero was the home health care aide assigned by Assisting Hands to Mr. and Mrs. Utvich's home to take care of Mrs. Lorna Utvich. The duties that Paulina Guerrero performed as a home health care aide taking care of his wife (Lorna Utvich) |
| Live | David Utvich | The duties that Paulina Guerrero performed as a home health care aide at the home of his parents, Mr. and Mrs. Michael Utvich, while she took care of his mother, Lorna Utvich |
|  |  | All witnesses listed on Plaintiff's Witness List |
|  |  | Rebuttal witnesses |
|  |  | Impeachment witnesses |

Defendants reserve the right to supplement or amend their Witness List.

Dated: March 17, 2017.

Respectfully submitted,

_____/s/_____
Ena T. Diaz
Florida Bar No. 0090999
Ena T. Diaz, P.A.
*Attorneys for Defendants*
999 Ponce De Leon Blvd., Suite 720
Coral Gables, Florida 33134
Ph.     305-377-8828
Fax     305-356-1311
ediaz@enadiazlaw.com

Case No.: 16-CV-23051-MORENO/O'Sullivan

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed Defendants' Witness List (Case No. 16-cv-23051) with the Clerk of Court by using the CM/ECF system which will in turn send a notice of electronic filing to: counsel for Plaintiff, Yelina Angulo, Esquire (service@angulolawfirm.com), Angulo Law Firm, P.A., 5207 NW 74 Avenue, Miami, FL 33166 on this 17th day of March, 2017.



            /s/
     ENA T. DIAZ